NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MERVIN MICHAEL KITNURSE, JR.,  )
DOC #L61245,                   )
                               )
        Appellant,             )
                               )
v.                             )
                               )      Case No.  2D16-5287
                               )
STATE OF FLORIDA,              )
                               )
        Appellee.              )
_____)

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Howard L. Dimmig, II, Public Defender,
and Christopher A. Desrochers, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Marie Benoit-
Knox and Jonathan S. Tannen, Assistant
Attorney Generals, Tampa, for Appellee.


PER CURIAM.


        Affirmed.


CASANUEVA, SLEET, and BADALAMENTI, JJ., Concur.